UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

BEAUNE SHIPPING LTD.,

                                    Plaintiff,

        - v -

BIOCOL S.A.,

                                    Defendant.
----------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/09

**ORDER**

09 Civ. 513 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** the complaint in this action was filed on January
20, 2009; and

**WHEREAS** Process of Maritime Attachment and Garnishment was
issued against, _inter alia_, funds and property belonging to, due
or being transferred to, from or for the benefit of defendant in
the amount of $30,882.41 on January 21, 2009; and

**WHEREAS** an Addendum to the Order for the Process of
Maritime Attachment was ordered by the Court on January 21, 2009
giving plaintiff notice that the attachment would be vacated if
no funds were attached within 120 days; and

**WHEREAS** plaintiff's counsel has advised the Court that no
funds have been attached and no arbitration has been commenced
as of March 30, 2009; it is hereby

**ORDERED** that this Process of Maritime Attachment and
Garnishment is vacated; it is further

**ORDERED** that the Clerk of the Court is respectfully requested to remove this case from the Court's docket.

Dated:   New York, New York
         March 30, 2009

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

**Attorney for Plaintiff**

Charles Edmund Murphy
Lennon, Murphy & Lennon, LLC
The GrayBar Building
420 Lexington Avenue
Suite 300
New York , NY 10170